PROB 22
(Rev. 04/17)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:13CR00060-1 CB

DOCKET NUMBER *(Rec. Court)*

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Andre Corbett
450 Jimmy Ann Drive
Apt B3-110
Daytona Beach, FL 32114

**DISTRICT**
Western District of Pennsylvania

**DIVISION**
Pittsburgh, Pa

**NAME OF SENTENCING JUDGE**
The Honorable Cathy Bissoon
United States District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM 09/18/2020
TO 09/17/2030

**OFFENSE**

21 U.S.C. Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Heroin

21 U.S.C. Conspiracy to Employ Persons Under 18 Years of Age in Drug Operation

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Pennsylvania"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____Novermber 3, 2023_____          _____s/Cathy Bissoon_____
    *Date*                                                                          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
    *Effective Date*                                                             *United States District Judge*